DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EUAM FISHERIES (USA) LLC,**
Appellant,

v.

**VECO ENTERPRISES GROUP, LLC,**
Appellee.

No. 4D19-2021

[March 12, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE14-018098 (13).

Lee B. Gartner of Lee B. Gartner, P.A., Coral Springs, for appellant.

Louis R. Montello of Montello Law, Aventura, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***